**Order entered October 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01490-CR

**ANTHONY WAYNE MANGIAFICO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-28019-M**

## ORDER

On August 21 2014, this Court ordered appellant to file his brief by October 3, 2014. To date, appellant has neither filed a brief nor communicated with the Court regarding the status of the brief.

Accordingly, we **ORDER** appellant's attorney Jeff Buchwald to file appellant's brief within **FIFTEEN DAYS** of the date of this order. Because the brief is already several months overdue from its original July 1, 2014 due date, no extensions will be granted. If appellant's brief is not filed within the time specified, we will utilize the available remedies to obtain appellant's brief, which may include ordering that Jeff Buchwald be removed as court-appointed counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Jeff Buchwald; and Michael Casillas.

/s/     LANA MYERS
          JUSTICE